# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case Nos. 6D2024-1242, 6D24-0691
CONSOLIDATED
Lower Tribunal No. 2023-CA-003975

_____

SHAWN MICHAEL SIMMERER and CHARLEE MCPHERSON,

Appellants,

v.

RICHARD R. ZAZISKI,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Osceola County.
Tom Young, Judge.

April 28, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and BROWNLEE, JJ., concur.


Shawn Michael Simmerer and Charlee McPherson, Orlando, pro se.

Dane E. Leitner, of GrayRobinson, P.A., West Palm Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED